# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-00096 |
| | ) | |
| DAWN HILL-KEARSE and SERGIO JIMENEZ, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Joseph Alexander ("Alexander"), a resident of Seattle, Washington, has filed a pro se federal Complaint against Defendants Dawn Hill-Kearse and Sergio Jimenez. (Doc. No. 1 at 1.) Alexander also filed an Application for Leave to Proceed In Forma Pauperis ("IFP Application"). (Doc. No. 2.)

On April 15, 2026, the Court denied the IFP Application without prejudice and ordered Alexander to submit an amended IFP application within 30 days of the date the Order was entered on the docket. (Doc. No. 7.) The Court cautioned Alexander that failure to comply with the Order by the deadline and failure to keep the Court apprised of Alexander's address of record may result in dismissal. (Id.)

The Clerk attempted to mail Alexander the Court's Order of April 15, 2026 to the address provided by Alexander. (Doc. No. 8.) However, on April 28, 2026, the Court's mail to Alexander was returned marked "RETURN TO SENDER," "NO SUCH NUMBER," and "UNABLE TO FORWARD." (Id.) (emphasis in original).

It appears that Alexander has failed to keep the Court apprised of his current address as required by M.D. Tenn. L.R. 41.01(b).

1

District courts have the inherent power to sua sponte dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 630-31 (1962).

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to keep the Court apprised of Alexander's current address.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2